# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Harwell, Robert B. | **2. Court or Organization**<br><br>U.S. District Court of S.C. | **3. Date of Report**<br><br>05/07/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

401 West Evans Street
McMillan Federal Bldg
Florence, SC 29501

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer or Director | Harwell Farms and Investment, Inc. |
| 2. | Personal Representative / Executor | Estate of █████████ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/19 | South Carolina Judges - Solicitors Retirement System Survivors Annuity (named beneficiary of monthly survivor annuity from deceased ▓▓▓ | $20,236.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo &Co Common Stock(and former Wachovia Bank Stock) | A | Dividend | J | T | | | | | |
| 2. Autoliv Inc. Common Stock | A | Dividend | J | T | | | | | |
| 3. First Reliance Bank "Account" | A | Interest | M | T | Buy | 07/03/17 | | | |
| 4. The Bank of Clarendon "Account" | A | Interest | M | T | | | | | |
| 5. South State Bank "Account" | | | M | T | Matured | 08/03/19 | M | | |
| 6. South State Bank "Account" | A | Interest | M | T | Open | 10/23/19 | M | | |
| 7. PNC Bank "Account" | A | Interest | M | T | Matured | 08/03/19 | M | | |
| 8. Anderson Brothers Bank "Account" | A | Interest | M | T | | | | | |
| 9. Conway National Bank "Account" | A | Interest | M | T | | | | | |
| 10. BB&T Bank "Accounts" | A | Interest | N | T | | | | | |
| 11. Harwell Farms & Investment 12 1/2% 12/31/04 compiled $31M | A | Dividend | K | U | | | | | |
| 12. PCDG, LLC (10%) 1998 & 2000 $32,000 | | None | K | R | | | | | |
| 13. SC Future Scholar Plan #1, Age-Based Moderate Track | | | | | Redeemed | 10/15/19 | K | | |
| 14. SC Future Scholar Plan #2, Age-Baseed Moderate Track | | None | K | T | | | | | |
| 15. Claussen Farms, Florence, SC (1999 - $125,000) | F | None | M | R | | | | | |
| 16. Wells Fargo Beneficiary IRA- First Clearing LLC (H) | | | | | | | | | |
| 17. -Cash account(Wells Fargo cash and sweep balance) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Bank of America stock | A | Dividend | K | T | | | | | |
| 19. -BB&T stock | B | Dividend | L | T | | | | | |
| 20. -Duetsche Inv. Trust Core Equity Fund | A | Dividend | K | T | Redeemed (part) | 10/10/19 | J | | |
| 21. Edward Jones Beneficiary IRA(H) | | | | | | | | | |
| 22. -Amcap Fund - Class A | A | Dividend | K | T | Redeemed (part) | 10/02/19 | J | | |
| 23. -Capital Income Builder Class A | A | Dividend | K | T | Redeemed (part) | 10/02/19 | J | | |
| 24. -Europacific Fund- Class A | A | Dividend | K | T | Redeemed (part) | 10/02/19 | J | | |
| 25. -Income Fund of America - Class A | B | Dividend | L | T | Redeemed (part) | 10/02/19 | J | | |
| 26. -New World Fund - Class A | A | Dividend | J | T | Redeemed (part) | 10/02/19 | J | | |
| 27. -Small Cap World Fund - Class A | A | Dividend | J | T | Redeemed (part) | 10/02/19 | J | | |
| 28. -New Economy Fund - Class A | A | Dividend | K | T | Redeemed (part) | 10/02/19 | J | | |
| 29. Estate #1 (50%)(H) | | | | | | | | | see Note #1 |
| 30. -Wells Fargo cash account | A | Interest | M | T | | | | | |
| 31. -Bell Legal Group Georgetown SCAccounts Receivable | | | | | Closed | 12/20/19 | J | | |
| 32. Wells Fargo Securities Account(H) | | | | | | | | | |
| 33. -Wells Fargo Cash Account | A | Interest | K | T | Redeemed (part) | 08/11/19 | N | | |
| 34. -FidelityInvMM FDS Instl FNSXX | A | Interest | M | T | Open | 08/11/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -JP Morgan LiquidAssetsMM FundInst SHSCl 1 IJLXX | A | Interest | M | T | Open | 08/11/19 | M | | |
| 36. -Goldman SachsFundsGoldmanSachInv MMFund CL1 FMJXX | A | Interest | M | T | Open | 08/11/19 | M | | |
| 37. -BB&T Corp Common Stock | D | Dividend | N | T | | | | | |
| 38. -Toronto Dominion Bank Common stock | A | Dividend | J | T | | | | | |
| 39. -Bank of America Common stock | A | Dividend | K | T | | | | | |
| 40. -American Express Co. Common Stock | A | Dividend | K | T | | | | | |
| 41. -Ameriprise Financial Inc. Common Stock | A | Dividend | J | T | | | | | |
| 42. -Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 43. -Corning Inc, Common Stock | A | Dividend | J | T | | | | | |
| 44. -Fannie Mae Common Stock | | None | J | T | | | | | |
| 45. -Home Depot Inc. Common Stock | A | Dividend | J | T | | | | | |
| 46. -Medtronic PLC Common Stock | A | Dividend | K | T | | | | | |
| 47. -Target Corp Common Stock | A | Dividend | K | T | | | | | |
| 48. -Deutsche Invt TR Core Equity FD Class S | A | Int./Div. | L | T | | | | | |
| 49. -High 50 Dividend Strategy Series 15-3Q CA | A | Int./Div. | J | T | | | | | |
| 50. A Services, LLC & ASG Services LLC (17500units) | C | Distribution | J | V | | | | | |
| 51. PershingLLC(Cetera Advisors)IRA#1(H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harwell, Robert B.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Altria Group Inc common stock | | None | J | T | | | | | |
| 53.   -Amgen Inc common stock | A | Dividend | J | T | | | | | |
| 54.   -Apple Inc common stock | A | Dividend | J | T | | | | | |
| 55.   -Apple inc common stock | A | Dividend | J | T | | | | | |
| 56.   -BP PLC Spon ADR common stock | A | Dividend | J | T | | | | | |
| 57.   -Centurylink common stock | A | Dividend | J | T | | | | | |
| 58.   -Centurylink common stock | A | Dividend | J | T | | | | | |
| 59.   -Citigroup Inc common stock | A | Dividend | J | T | | | | | |
| 60.   -Duke Energy Corp common stock | A | Dividend | J | T | | | | | |
| 61.   -General Mills Inc.commonstock | A | Dividend | J | T | | | | | |
| 62.   -Johnson&Johnson common stock | A | Dividend | J | T | | | | | |
| 63.   -Phillip Morris Intl. Inc common stock | | | | | Sold | 07/15/19 | J | | see note #2 |
| 64.   -Nvidia Corp comm | A | Dividend | J | T | Buy | 07/17/19 | J | | |
| 65.   -Verizon Comm common stock | A | Dividend | J | T | | | | | |
| 66.   -Pimco Income Fund Class A | | None | L | T | | | | | |
| 67.   -Cash Account(Pershing LLC-Flexinsured<br>FDIC acct) | A | Interest | J | T | | | | | |
| 68.   Pershing LLC(Cetera Advisors) IRA#2(H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Cash Acct(PershingLLC-Flexinsured FDIC acct) | A | Interest | K | T | | | | | |
| 70. -Apple Inc common stock | A | Dividend | K | T | | | | | |
| 71. -BP PLC Spons ADR | B | Dividend | K | T | | | | | |
| 72. -Boeing Co. common stock | A | Dividend | K | T | | | | | |
| 73. -Bristol Myers Squibb common stock | A | Dividend | K | T | | | | | |
| 74. -Cisco Systems Inc common stock | A | Dividend | K | T | | | | | |
| 75. -Coca Cola Co. common stock | A | Dividend | K | T | | | | | |
| 76. -Duke Energy common stock | A | Dividend | K | T | | | | | |
| 77. -Centurylink Inc Com | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 78. -General Mills Inc. common stock | A | Dividend | K | T | | | | | |
| 79. -Verizon Comm.common stock | A | Dividend | K | T | | | | | |
| 80. -Pimco Income Fund Class A | C | Dividend | M | T | | | | | |
| 81. Pershing LLC(Cetera Advisors) Individual Account#1 (H) | | | | | | | | | |
| 82. -Cash Account (PershingLLC-Flexinsured FDICacct) | A | Interest | J | T | | | | | |
| 83. -Ally BK Sandy Utah CTF | A | Interest | M | T | | | | | |
| 84. -Altria Group common stock | | None | | | Sold | 07/15/19 | K | | see note #2 |
| 85. -Apple Inc.Com | A | Dividend | K | T | Buy | 07/15/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Toronto Dominion BK coomon stock | A | Dividend | K | T | | | | | |
| 87. -DFA Tax Managed US Marketwide Value Portfolio II | B | Int./Div. | L | T | | | | | |
| 88. PershingLLC(Cetera Advisors)Individual Account#2 (H) | | | | | | | | | |
| 89. -Ally BK Sandy Utah CTF | B | Interest | L | T | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harwell, Robert B.** | 05/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1.  I am  50% beneficiary of gross values shown

Note #2.  .For line 63 and 84, the Altria and Phillip Morris stocks, I had a loss  and no gain ....the gain code did not have an option for losses so i left the column under "gain code" blank.

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/07/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert B. Harwell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544